*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR EL HURACÁN EARL.

*Número:* EM-2010-05     *Resuelto:* 30 de agosto de 2010

## RESOLUCIÓN

Hoy 30 de agosto de 2010, el Servicio Nacional de Meteorología emitió un aviso de huracán para las islas de Vieques y Culebra, y una vigilancia de huracán para Puerto Rico. En vista de la situación climatológica y el riesgo a la

vida que pudiera representar este huracán, el Juez Presidente del Tribunal Supremo, Hon. Federico Hernández Denton, decretó la suspensión de los trabajos en los Tribunales y el cierre de las Secretarías, y concedió libre la tarde de hoy —30 de agosto de 2010— a los empleados de la Rama Judicial con cargo a la licencia por desastre natural.

Como resultado de lo anterior, y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los Arts. 399 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73), por lo que se considerará la tarde de hoy 30 de agosto de 2010 como si fuera día feriado. Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*